AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
EASTERN DISTRICT OF VIRGINIA

FILED
JUL 14 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

V.

Gohar J. Mirza

**WARRANT FOR ARREST**

CASE NUMBER: 1:08mj 556

RECEIVED U.S. MARSHALS
2008 JUL 14  A 8: 58
E/D VA ALEXANDRIA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Gohar J. Mirza___
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Conspiracy to Commit Bank Fraud and Mail Fraud**

in violation of Title __18__ United States Code, Section(s) __1349__

| | |
|---|---|
| /s/ | U.S. Magistrate Judge |
| Barry R. Poretz | Title of Issuing Officer |
| United States Magistrate Judge | July 11, 2008  Alexandria, Virginia |
| | Date and Location |
| By | Name of Judicial Officer |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Joshua D. Mehall | |
| DATE OF ARREST | Postal Inspector | |