FILED IN OPEN COURT
SEP 23 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:08CR381 |
| | ) | |
| v. | ) | |
| | ) | |
| GOHAR J. MIRZA, | ) | |
| | ) | |
| Defendant. | ) | |

STATEMENT OF FACTS

Had this matter gone to trial, the United States would have proven the following facts beyond a reasonable doubt through witnesses, testimony, and other competent and admissible evidence.

1. From in or about April 2005, through in or about July 2008, within the Eastern District of Virginia, the defendant, GOHAR J. MIRZA, knowingly and unlawfully did conspire, combine, confederate and agree with others known and unknown to commit mail fraud, in violation of Title 18, United States Code, Section 1341, and wire fraud, in violation of Title 18, United States Code, Section 1343.

2. The defendant was an owner and operator, with coconspirator #1, of the mortgage brokerage company E-Star Lending, Inc. (hereinafter "E-Star"), in Burke and Annandale Virginia, within the Eastern District of Virginia.

3. The defendant was aware that false Uniform Residential

Loan Applications (URLA) were prepared at E-Star to obtain fraudulently millions of dollars in mortgage proceeds for individuals known as straw buyers to buy properties owned by himself, coconspirator #1, and their associates.

4. The false statements on the mortgage applications of which the defendant was aware and which were submitted by his associates at E-Star, including Coconspirator #1, included, but were not limited to, false statements as to the straw buyers' employment, income, immigration status, and intent to occupy the properties as primary residences. Statements as to employment, income level, immigration status and intent to occupy a property as a primary residence are capable of influencing the decision of banks and commercial mortgage lenders to lend mortgage proceeds and to set the terms of such loans.

5. Coconspirator #1, with the assistance of the defendant, established fictitious businesses, including businesses named G&L Builders, GNL Builders, and Supra IT Consultants, which purported to employ and pay income to straw buyers.

6. The straw buyers did not have sufficient income and assets to pay the mortgages they obtained through E-Star and frequently defaulted on those mortgages. At the time of this plea agreement, the government is aware that the actual losses to banks and commercial lenders exceed $2,500,000.00 but are less than $7,000,000.00 and that the number of victims in the case is greater than 10 but less than 50.

7. On or about June 6, 2006, the defendant provided Straw Buyer #1 with a Uniform Residential Loan Application to obtain a mortgage for a property located in Stafford, Virginia. The application provided by the defendant contained the following false statements: (1) that Straw Buyer #1 worked at Supra IT Consultants; and (2) that he earned $10,000 per month. The defendant knew the statements in the application were false. On July 7, 2006, based on this URLA, the mortgage lender wired mortgage proceeds for Straw Buyer #1 to purchase the property in Stafford, Virginia.

8. In furtherance of the conspiracy, the conspirators caused mortgage proceeds for the mortgages outlined above to be wired in interstate commerce from the mortgage lenders to settlement companies located in Virginia.

9. In furtherance of the conspiracy, E-Star and its employees used commercial interstate carriers to correspond with lenders it defrauded. On May 29, 2008, a federal search warrant was executed on the E-Star office in Annandale, Virginia and recovered over 150 FedEx labels indicating mailings from E-Star to various mortgage lenders. FedEx is a commercial interstate carrier.

10. The actions of defendant GOHAR J. MIRZA, as outlined in this statement of facts, were committed knowingly, intentionally, and unlawfully and not by accident or mistake.

11. This statement of facts does not include each and every fact known to the defendant and to the United States concerning the defendant's and others' involvement in the charge set forth in the plea agreement.

Respectfully submitted,

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By: ______________________
Edmund P. Power
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, GOHAR J. MIRZA, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

______________________
GOHAR J. MIRZA
Defendant

We are GOHAR J, MIRZA's attorneys. We have carefully reviewed the above Statement of Facts with him. To our

knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Thomas K. Berger, Esq.
Attorney for GOHAR J. MIRZA

Stephen D. Graeff, Esq.
Attorney for GOHAR J. MIRZA