**SENTENCING HEARING**
Date: 12/19/08
Start: 9:43 End: 10:10

Judge Leonie M. Brinkema
Reporter: Thomson

**UNITED STATES of AMERICA** CASE NUMBER: 1:08cr381
Vs.
Gohar J. Mirza ✓

Counsel/Govt.: Ed Power ✓ Counsel/Deft.: Thomas Berger ✓ / Steve Graeff ✓
Court adopts PSI [✓] without exceptions [ ] with the following exceptions: ______

**SENTENCING GUIDELINES:**
Offense Level: 26
Criminal History: I
Imprisonment Range: 63 to 78 months
Supervised Release Range: 2 to 3 years
Restitution: $ ~~3,310,472.87~~
Fine Range: $ 12,500 to $ 6,620,945.74
Special Assessment: $ 100.00 per Count

Upon Motion of [ ] Deft [ ] Govt
Court depart from G/L pursuant to:
[ ] USSG 5K1.1
[ ] USSG 5C1.2
[ ] USSG 5K2.12
[ ] USSG 5H1.4
[ ] ______

**JUDGMENT of the COURT:**
BOP for 63 months, with credit for time served
Supervised Release for 3 Years
Supervised Probation for ____ Years
Restitution: $ ______ payable to ______
Fine: $ ______ [ ] Due Immediately [ ] Monthly payments of $______ to begin ______ days from imposition of sentence/release
Special Assessment: $ 100.00 [ ] Satisfied [✓] Due immediately
Fine/Costs Waived [✓] Interest Waived [✓]

**SPECIAL CONDITIONS:**
___ Home Confinement for the first ___ days/months of supervision, at the deft's expense, w/leave as directed by Court.
___ Deft. to remain drug free, In/Out patient treatment as directed.
___ Deft. to participate in ______ counseling as directed.
✓ Pay Restitution of $ 3,579,486.44, [ ] Due Immediately [✓] Monthly no interest payments of $ 300 to begin 60 days from release from custody. Joint & Several
2 Access to all financial information/records waive privacy
3 No New Credit
3 No Purchases over $ 1000 without prior approval.
5 Cooperate fully w/BICE, may not re-enter w/o permission during S/R.
___ Seek and maintain full time employment
✓ Drug Testing Waived
1 Other: Good faith effort to pay restitution
4) any windfalls toward obligation

**RECOMMENDATION TO BOP:**
✓ Deft. to be designated to a Facility in Wash DC area as possible
___ ICC (Boot Camp) when eligible. [ ] 500 Hrs Intensive Drug Treatment
___ Other: ______
Defendant: [ ] Remanded [✓] Self Surrender/Bond cont. [ ] Referred to USPO

restitution order filed & entered in court 3553 no ra
until cont on bond
Self Surrender to facility as directed by USMS
3/06/06
A-D paragh 16 of plea agreement re: forfeiture
victims allowed to allocute, none present