IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
OCT 5 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v. Case No. 1:08CR00381-001

GOHAR J. MIRZA
BOP Register No. 72955-083

## ORDER CORRECTING RECORD

UPON the motion of the defendant to correct this Court's records to reflect that he began his incarceration in this case on July 11, 2008, and not on July 14, 2008, as is presently noted in the file of his case, and there being concurrence by the Government, it is hereby

ORDERED the records of this Court be amended to reflect that the defendant began his incarceration in this case on July 11, 2008.

IT IS FURTHER ORDERED that copies of this Order be sent to the United States Marshal's Office for the Eastern District of Virginia and to the United States Bureau of Prisons, Designation and Sentence Computation Center (DSCC), Grand Prairie Office Complex, U.S. Armed Forces Reserve Complex, 346 Marine Forces Drive, Grand Prairie, TX 75051

Oct 5, 2010
Date

/s/
Leonie M. Brinkema
United States District Judge

I ask for this:

GOHAR J. MIRZA
by counsel

/s/
Thomas K. Berger
Virginia State Bar No. 14127
Of Counsel
Carr, Morris & Graeff, P.C.
Co-counsel for Defendant
8300 Boone Blvd., Suite 250
Vienna, VA 22182
Telephone: (703) 288-2900
Facsimile: (703) 288-9550
tberger@cmgpc.com

/s/
Stephen D. Graeff
Virginia State Bar No. 77720
Carr, Morris & Graeff, P.C.
Co-counsel for Defendant
8300 Boone Blvd., Suite 250
Vienna, VA 22182
Telephone: (703) 288-2900
Facsimile: (703) 288-9550
sgraeff@cmgpc.com

Seen and agreed:

/s/
AUSA Edmund P. Power
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
703-299-3728