IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
JUL 12 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v. Case No. 1:08CR00381-001

GOHAR J. MIRZA

ORDER UNSEALING DOCUMENT FOR LIMITED PURPOSE

Counsel for Gohar J. Mirza has made a motion, unopposed by the United States, to unseal for a limited purpose Document No. 32, described in the PACER Criminal Docket of this case as "UNDER SEAL ORDER granting 28 Under Seal Motion as to Gohar J. Mirza (1).Signed by District Judge Leonie M. Brinkema on 12/18/09."

For good cause shown, it is hereby

ORDERED that said document be unsealed for the limited purpose of assisting the U. S. Immigration Court In the Matter of Gohar Mirza, Case No. A047 270 683, pending before United States Immigration Judge William A. Cassidy of the U.S. Immigration Court, 180 Spring Street, SW, Suite 241, Atlanta, GA 30303. Specifically, it is

ORDERED that Cynthia A. Aziz, Esq., Aziz Law Firm, 1804 East Boulevard, Charlotte, NC 28203, 704-347-1808, United States Immigration and Customs

Enforcement, and the U. S. Immigration Court be permitted to review the requested document in the course of In the Matter of Gohar Mirza, Case No. A047 270 683.

July 12, 2011
Date

/s/ LMB
Leonie M. Brinkema
United States District Judge

I ask for this:
GOHAR J. MIRZA
by counsel

/s/
Thomas K. Berger
Virginia State Bar No. 14127
Of Counsel
Carr, Morris & Graeff, P.C.
Co-counsel for Defendant
8300 Boone Blvd., Suite 250
Tyson's Corner, VA 22182
Telephone: (703) 288-2900
Facsimile: (703) 288-9550
tberger@cmgpc.com