# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Gohar J. Mirza  Criminal No. 1:08CR00381-001

**Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision**

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing, at no cost to me, if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall make minimum monthly restitution payments of $50. The defendant shall provide documentation of his restitution payments with his monthly supervision reports, which must be received by the fifth day of each month. The defendant must immediately notify the probation officer should he be unable to make the monthly restitution payment in a timely manner.

Witness: ______________________
Senior U.S. Probation Officer

Signed: ______________________
Supervised Releasee

01/31/14
Date

Respectfully,

______________________
Senior U.S. Probation Officer

Place Fredericksburg, Virginia

Date 01/31/14

**ORDER OF COURT**

Considered and ordered this 20th day of March, 20 14 and ordered filed and made a part of the records in the above case.

/s/
Leonie M. Brinkema
United States District Judge